EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON   #4532
Violent Crimes Section Chief

BRETT T. EGUSA
Special Assistant U. S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 656-1364
Facsimile: (808) 656-1370
Email: Brett.Egusa@schofield.army.mil

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 5 2004

at __9__ o'clock and __31__ min. __A__ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,     )<br>                               )<br>          Plaintiff,           )<br>                               )<br>     vs.                       )<br>                               )<br> SCHATZIA V. CORPUZ,           )<br>                               )<br>          Defendant.           )<br> _____ ) | CR. NO. 03-00280 EK<br><br>ORDER FOR<br>DISMISSAL |

DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney hereby dismisses the Information of SCHATZIA V. CORPUZ. The defendant has successfully completed the Pre-Trial Diversion Program.

//

//

DATED: _Feb. 24, 2004_

_____
Ronald G. Johnson
For EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
BRETT T. EGUSA
Special Assistant U.S. Attorney


APPROVED AND SO ORDERED:

_____
LESLIE E. KOBAYASHI
UNITED STATES MAGISTRATE JUDGE

U.S. v. CORPUZ
CR. NO. 03-00280
"DISMISSAL"